# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-3614
LT Case No. 2010-CF-012182

_____

REGINALD BATTLE,

 Appellant,

 v.

STATE OF FLORIDA,

 Appellee.

_____

3.801 Appeal from the Circuit Court for Duval County.
Kevin A. Blazs, Judge.

Reginald Battle, Punta Gorda, pro se.

No Appearance for Appellee.

January 23, 2024

PER CURIAM.

AFFIRMED. *See* Fla. R. Crim. P. 3.801(b) ("No motion shall be filed or considered pursuant to this rule if filed more than 1 year after the sentence becomes final.").

WALLIS, LAMBERT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____